UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Gale H Lohnes

**Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-12665 / MBK

Hearing Date: August 23, 2016

Judge:  Michael B. Kaplan

CORRECTED

ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 31, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

**IT IS FURTHER ORDERED** that the Debtor's attorney be and is hereby allowed a fee of $1,134.00 to be paid from funds on hand with the Chapter 13 Trustee.