Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−12665−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gale H Lohnes
   aka Gale E Lohnes
   18 Stony Path Drive
   Dayton, NJ 08810

Social Security No.:
   xxx−xx−8399

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/29/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 29, 2016
JJW: slf

James J. Waldron
Clerk

```
                                    United States Bankruptcy Court
                                           District of New Jersey
In re:                                                                               Case No. 16-12665-MBK
Gale H Lohnes                                                                        Chapter 13
        Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 1                  Date Rcvd: Aug 29, 2016
                                Form ID: 148                Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db            +Gale H Lohnes,    18 Stony Path Drive,    Dayton, NJ 08810-1623
516004603     +Hudson City Savings Bank,    C/O Phelan Hallinan Diamond & Jones, PC,
                400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
515998891      M&T Bank,    PO Box 61963,   Dallas, TX 75261-9063
516055521     +M&T Bank, s/b/m to Hudson City Savings Bank,    c/o Schiller Knapp Lefkowitz & Hertzel L,
                Post Office Box 840,   Buffalo, New York 14240-0840
515998892     +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
515998893      Wells Fargo Bank N.A,    PO Box 14529,   Des Moines, IA 50306-3529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2016 23:26:45      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2016 23:26:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516020106     +EDI: DISCOVER.COM Aug 29 2016 23:03:00      Discover Bank,   Discover Products Inc,   POB 3025,
                New Albany Ohio 43054-3025
515998890     +EDI: DISCOVER.COM Aug 29 2016 23:03:00      Discover Financial,   Attn: Bankruptcy,
                Po Box 3025,   New Albany, OH 43054-3025
516120568      E-mail/Text: camanagement@mtb.com Aug 29 2016 23:26:33      M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    M&T Bank nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jaclyn Christine Clemmer    on behalf of Creditor    M&T Bank, s/b/m to Hudson City Savings Bank
           jclemmer@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael E. Blaine    on behalf of Creditor    M&T Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert C. Nisenson    on behalf of Debtor Gale H Lohnes rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                             TOTAL: 7
```